**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **NHAN THANH VO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-744-KC** |
| | § | |
| **MICHAEL WATKINS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On June 16, 2026, the Court granted in part

Nhan Thanh Vo's Petition for Writ of Habeas Corpus and ordered Respondents to either (1)

provide him with a bond hearing before an IJ, at which the Government was to bear the burden

of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued

detention; or (2) release him from custody, under reasonable conditions of supervision.  June 16,

2026, Order 4–5, ECF No. 23.

Respondents have now informed the Court that, on June 23, 2026, an IJ denied Vo bond.

Advisory, ECF No. 25.  Because the Court granted Vo's Petition in part on procedural due

process grounds, Respondents' provision of a bond hearing is sufficient to comply with the

Court's Order.  *See* June 16, 2026, Order.  However, because bond was denied and Vo remains

in custody, his *Zadvydas* claim will become ripe on August 13, *see* Letter, ECF No. 2, and his

continued detention may be unconstitutional if Respondents are still unable to show that his

removal is significantly likely to occur in the reasonably foreseeable future.  *See Zadvydas v.

Davis*, 533 U.S. 678, 689–90, 701 (2001).

2

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than August 13, 2026**, specifying:

(1) Whether Vo's travel document request has been approved internally,

(2) Whether Vo's travel document request has been submitted to Vietnam, and

(3) The anticipated timeline for Vo's removal from the United States.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED.**

SIGNED this 24th day of June, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2