**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **NHAN THANH VO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-744-KC** |
| | § | |
| **MICHAEL WATKINS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On June 24, 2026, the Court ordered Respondents to file a status report no later than August 13, 2026, apprising the Court of the status of Vo's travel document and the anticipated timeline for Vo's removal from the United States.  *See* June 24, 2026, Order, ECF No. 26.  Additionally, the Court cautioned Respondents that "[Vo's] continued detention may be unconstitutional if Respondents are still unable to show that his removal is significantly likely to occur in the reasonably foreseeable future.  *See Zadvydas v. Davis*, 533 U.S. 678, 689–90, 701 (2001)."  *Id.*

Respondents now inform the Court that, on August 7, 2026, a travel document was issued to Vo and that Vo's removal is pending the next removal mission to Vietnam.  Resp. 1, ECF No. 30; *see also id*. Ex. A ("Alaniz Decl."), at 2, ECF No. 30-1.  However, Respondents fail to provide an anticipated timeline for Vo's removal.  *See generally id.*

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **<u>by no later than August 21, 2026</u>**, specifying:

(1) Whether Vo has been removed to Vietnam, and if not,

(2) A concrete anticipated timeline for Vo's removal.

Respondents are further **CAUTIONED** that failure to provide a concrete anticipated timeline may result in an order for Vo's release.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED.**

SIGNED this 14th day of August, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE