**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NHAN THANH VO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-744-KC** |
| | § | |
| **MICHAEL WATKINS et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On August 14, 2026, the Court ordered Respondents to file a status report no later than August 21, 2026, apprising the Court of (1) whether Vo has been removed to Vietnam, and if not, (2) a concrete anticipated timeline for Vo's removal. Aug. 14, 2026, Order, ECF No. 31. Additionally, the Court cautioned Respondents that "failure to provide a concrete anticipated timeline may result in an order for Vo's release." *Id.* at 2.

Respondents now inform the Court that Petitioner has not been removed to Vietnam. Resp 1, ECF No. 33; *see also id*. Ex. A ("Romero Decl."), at 1, ECF No. 33-1. However, Respondents state that "[Vo's] removal is imminent and is anticipated to occur in the coming weeks," and that "Vo [] is pending placement on the next charter flight to Vietnam, anticipated for the first half of September 2026." Resp. 1; Romero Decl. 1.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than September 21, 2026**, specifying:

(1) Whether Vo has been removed to Vietnam, and if not,

(2) The reason Vo has not been removed, in light of the anticipated timeline, and

(3) The anticipated timeline for Vo's removal from the United States.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED.**

SIGNED this 24th day of August, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE